THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN GARVIN, Also Known as ANTHONY GARVIN, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VACHESLA GOLGER, Also Known as VACHESLAV, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN JOHN, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Motion by Innocence Network for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.